IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHERMAN DICKEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | CASE NO. |
| v. | : | 5:10-CR-00031 (CAR) |
| | : | 5:12-CV-90121 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER ON THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation [Doc. 91] of the United States Magistrate Judge on the parties' Joint Motion to Vacate Sentence [Doc. 86] pursuant to 28 U.S.C. § 2255. Based on the parties' stipulation in the Joint Motion, the Magistrate Judge has recommended that the Court enter an order vacating Petitioner's sentence and re-imposing the same sentence in a new judgment to allow Petitioner to file an out-of-time appeal. The parties have waived their right under 28 U.S.C. § 636(b)(1) to file objections to the Magistrate Judge's Recommendation.

After due consideration of the matter, the Recommendation [Doc. 91] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Petitioner's judgment of conviction [Doc. 67] is hereby **VACATED** but immediately **REINSTATED**

1

effective as of the date of this Order on the same terms previously entered. Petitioner shall have the opportunity to file a notice of appeal of this reinstated judgment as provided in Fed. R. App. P. 4(b). In addition, Petitioner's Motion to Vacate, Set Aside, or Correct Judgment Pursuant to 28 U.S.C. § 2255 [Doc. 71] is **DISMISSED without prejudice.**

SO ORDERED, this 7th day of September, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES